**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7644**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

JERRY INDUSTRIOUS,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (1:00-cr-00020-NCT; 1:06-cv-00094-NCT)

_____

Submitted:  April 24, 2008          Decided:  April 28, 2008

_____

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry Industrious, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Industrious appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Industrious' motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Industrious</u>, Nos. 1:00-cr-00020-NCT; 1:06-cv-00094-NCT (M.D.N.C. Oct. 24, 2007). We further deny Industrious' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED